UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT BENJAMIN LUCERO JR., <br> Plaintiff, <br> v. <br> JOHN C. BLANEY, M.D., <br> Defendant. | Case No. 24-cv-02865-WHO (PR) <br><br> **ORDER OF DISMISSAL** |

Plaintiff Albert Benjamin Lucero has not filed an amended complaint by the deadline set by the Honorable Nathanael M. Cousins. (Dkt. No. 7 at 5.) Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the prior Order and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Lucero may move to reopen. Any such motion <u>must</u> (i) have the words MOTION TO REOPEN written on the first page; and (ii) contain a complaint on this Court's form.

The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** November 15, 2024

WILLIAM H. ORRICK
United States District Judge